In the Matter of the Accounting of CHARLES H. STOLL et al., as Executors and Trustees under the Will of ANTONIN CHAPAL, Deceased.

CHARLES H. STOLL, as Successor Trustee, etc., Appellant; CLAUDIA CHAPAL et al., Respondents.

Submitted April 26, 1937; decided April 30, 1937.

*Edward B. Schulkind* for motion.

*Charles H. Stoll* opposed.

Motion denied, with leave to renew on argument of appeal.